UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 18-30466
WEBSTER PLACE ATHLETIC CLUB, )
LLC )    Chapter: 11
)
)    Honorable Jack B. Schmetterer
)
Debtor(s) )

ORDER AUTHORIZING EMPLOYMENT OF
BURKE, WARREN, MACKAY & SERRITELLA P.C. AS DEBTORS' COUNSEL

THIS MATTER COMING TO BE HEARD upon the Motion of WEBSTER PLACE ATHLETIC CLUB, LLC, Debtor/Debtor-in-Possession, For Authority to Employ David K. Welch, Brian P. Welch and R. Jacob Jumbeck and the law firm of Burke, Warren, MacKay & Serritella, P.C. as its counsel; proper notice having been provided; no objections having been interposed; and this Court being fully advised in the premises.

NOW, THEREFORE, IT IS HEREBY ORDERED that WEBSTER PLACE ATHLETIC CLUB, LLC, Debtor/Debtor-in-Possession is authorized to retain David K. Welch, Aaron H. Stanton, Brian P. Welch, Eric B. Bernard and the law firm of Burke, Warren, MacKay & Serritella, P.C. pursuant to Section 327(a) of the Bankruptcy Code as its attorneys to perform the necessary legal services on its behalf in this bankruptcy case, retroactive to ~~May 30~~ *October 30*, 2018, with compensation subject to the further Order of this Court pursuant to Sections 330 and 331 of the Bankruptcy Code; and

IT IS FURTHER ORDERED that any and all pre-petition claims of David K. Welch, Aaron H. Stanton, Brian P. Welch, Eric B. Bernard and the law firm of Burke, Warren, MacKay & Serritella, P.C. against the Debtor are waived.

Enter:

Dated: Dec 4 - 2018

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Prepared by:
DEBTOR'S COUNSEL:
David K. Welch, Esq. (Atty. No. 06183621)
Aaron H. Stanton, Esq. (Atty. No. 6244251)
Brian P. Welch, Esq. (Atty. No. 6307292)
Eric B. Bernard, Esq. (Atty. No. 6326589)
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., Suite 2100
Chicago, Illinois 60611
Tel: (312) 840-7000 - - Fax: (312) 840-7900